# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**278.2**
**CA 10-00872**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

EMMA HARTSOCK, INDIVIDUALLY AND AS TEMPORARY
GUARDIAN OF THE PERSON AND PROPERTY OF ROY A.
HARTSOCK, PLAINTIFF,

V                                           MEMORANDUM AND ORDER

ROBERT T. SCACCIA, DEFENDANT-APPELLANT,
NASH-CAR SALES & SERVICE, E. DAVID NASHWINTER,
DEFENDANTS-RESPONDENTS,
JULIE'S SEABREEZE RESTAURANT, ET AL., DEFENDANTS.
(APPEAL NO. 2.)

---

LAW OFFICES OF TAYLOR & SANTACROSE, BUFFALO (DESTIN C. SANTACROSE OF
COUNSEL), FOR DEFENDANT-APPELLANT.

DIXON & HAMILTON, LLP, GETZVILLE (MICHAEL B. DIXON OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Niagara County (Ralph
A. Boniello, III, J.), entered February 8, 2010. The order granted
the motion of defendants Nash-Car Sales & Service and E. David
Nashwinter for summary judgment dismissing defendant Robert T.
Scaccia's cross claim against them.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Same Memorandum as in *Hartsock v Scaccia* ([appeal No. 1] ___ AD3d
___ [May 6, 2011]).


Entered:  May 6, 2011                        Patricia L. Morgan
                                             Clerk of the Court